IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEFFERY MATOS SOSA, individually
and on behalf of others similarly situated,**

    Plaintiff,

v.                                                     Case No. 1:19-cv-226-AW-GRJ

**SQUEAKY KLEAN SERVICES, INC.,**

    Defendant.

_____/

## ORDER REGARDING STIPULATION OF DISMISSAL

The parties filed a Rule 41(a) joint stipulation of dismissal with prejudice. ECF No. 14. It had electronic signatures of lawyers from each side, and as the document itself recognized, such a filing typically is self-executing.

Plaintiff has now filed a notice purporting to strike the stipulation of dismissal. ECF No. 15. A plaintiff cannot unilaterally strike a joint stipulation of dismissal. Therefore, the court will construe the notice (ECF No. 15) as a motion to strike the notice of dismissal and to reopen the case. If defendant opposes this motion, it must file a response no later than April 15, 2020, setting out its objection.

SO ORDERED on April 8, 2020.

                                                         s/ *Allen Winsor*
                                                         United States District Judge